UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NUMBER: 08-29 |
| RONALD E. HENDERSON, ET AL | LEMELLE/RIEDLINGER |

**ORDER**

Defendant Ronald E. Henderson's Motion for Payment of Expert Witness Fees in Excess of Statutory Compensation Limit (Record Document Number 222) is hereby **DENIED**. The initial authorization to expend CJA funds came from the judge who previously presided over this matter. I am unaware of the role or extent to which the subject witness' work materially contributed to the outcome of this case. Without more the reasonableness of fees sought remain unclear.

New Orleans, Louisiana, this 12th day of June, 2013.

_____
UNITED STATES DISTRICT JUDGE